Arizona Imate DOC
Marcus Christopher De La Torre
ADC# 263552
Propria Persona


FILED ___ LODGED ___
RECEIVED ___ COPY ___
AUG 2 2 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Marcus Christopher De La Torre,
        Plaintiff,
    v.
United States of America,
        Defendant,

CASE NO. CV-18-0425-TUC-JAS-PSOT

NOTICE OF COMPLAINT

Comes now Plaintiff, Marcus Christopher De La Torre, a complaint which alleges that the Government of the United States of America violated Constitutional law under the Fifth Amendment's Takings Clause with jurisdiction in this court under the Tucker Act.

DATED this 20th day of August, 2018.

Marcus De La Torre
Propria Persona

On or about the 24th day of January 1983, plaintiffs parents registered by birth certificate and social security number his name with the State of Arizona. This was through the Social Security Administration and Department of State Registrar. This complaint alleges that this Government regulation created future liabilities him - a minor at the time constituting involuntary servitude. Plaintiff asserts that his birth certificate and registration with the SSA by lack of disclosure constitute a taking of the use of his name by the United States and the State of Arizona. As a result, plaintiff wishes to seperate from the "Strawman" corporate citizen and is entitled to just compensation for his loss.

Plaintiff is asking the court to order the United States to pay him $35,000,000.00 for their fraudulent use of his name and for the keeping of improper records as use for trade and registration with the Department of State in a camoflauged system to distinguish debt. This is a violation of Constitutional law under the Tucker Act's Fifth Amendment Taking's Clause.

<u>Perry vs. United States, 294 U.S. 330 1935.</u> In authorizing the Congress to borrow money, the Constitution empowers the Congress to fix the ammount to be borrowed and terms of payment. By virtue of the power to borrow money "on the credit of the United States", the Congress is authorized to pledge that credit as an assurance of payment as stipulated as the highest assurance the government can give plighted fait To say that the Congress may withdraw or ignore that pledge is to assume that the Constitution contemplates a vain promise, a pledge having no other sanction than the pleasure and convenienc of the pledger. The Congress as the instrumentality of sovereig nty is endowed with certain powers to be exerted on behalf of the people in the manner and with the effect, the Constitution ordains. The Congress cannot invoke the sovereign power of the people to override their will as thus declared. The powers confered upon the Congress are harmonious. The Constitution gives to the Congress the power to borrow money on the credit of the United States, an unqualified power, a power vital to the Government, upon which in an extremity its very life may depend. The binding quality of the promise of the United States is of the essence of the credi which is so pledged. Having this power to authorize the issue of definite obligations for the payment of money borrowed, the Congress has not been vested with authority to alter or destroy these obligations. The fact the United States may not be sued without its consent is a matter of procedure which does not affect the legal and binding character of its contracts. While the Congress is under no duty to provide remedies through the courts, the contractual obligation

still exists and, despite infirmities of procedure, remains binding upon the conscience of the Sovereign. As such, this is probab(ly) the reason for no published references to cases on the subjec(t) with a judgement in favor of the plaintiff. Congress and Government usually agree to settle conflict with the Sovereign Individual out of court. 14th Amendment explicitly declares that the validity of the public debt o(f) the United States, authorized by law shall not be questioned. While this provision is undoubtedly inspired by the desire to put beyound question the obligations of the Government issued during the Civil War, it's language indicates broader connotatio(n). It is regarded as confirmatory of a fundamental principle, which applies as well to Government bonds duly authorized by the Congress and to those issued before the Amendment was adopted. There is no reason for not considering the expression "the validity of the public debt" as embracing whatever concerns the integrity of the public obligations. The Joint Resolution of June 5th 1933, 48 Statue 113, in so far as it attempted to override an obligation created by a bond in suit, went beyond the Congressional powers. My registered indenture securities bond in form of birth certificate with the registrar of the Treasury of the State, in the state of Arizona. Upon the Securities Act of 1933 when America went off the gold standard America initiated the act to hold in Individual trust account where money is to be distributed to rightful holders of such bonds. Initialy these bonds were collateral to help secure the Nations debt when we filed bankruptcy in 1933.

These bonds are actual Government appropriated contracts implied in-fact to those who acknowledge their property of their own person as a Sovereign and not a citizen. Within the scope of this act the trustee of such monies is fully reliable for reimbursement of such funds under the notion provided known as Coveat Emptor, to the rightful creditor. These trust bonds were held in trust under the legal fiction corporate identities of the actual natural persons born in the United States. The Treasury of the United States is in charge of disbursement of said monies since they are in power and control of the particular trust accounts of every individual. Upon birth of every human in America, the hospital/agency must register and document the birth through the State's Department of Health Secretary of State in which he or she was born. This is for not only the State's purpose of a cencus survey but also for government purposes to document and initiate securities of trust accounts to eliminate the Nations debt. This process promises lifetime earnings of each of its citizens to foreign investors like the British common wealth, these accounts hold cash as collateral for benefits of citizenship. This security-based swap is a bond note in the form of citizen's birth certificates they are also known as Collateral Trust certificates of deposit as security held within the United States Treasury stocks which is evidence of indebtness to the owner. This whole process creates a legal fiction entity know as

the "Strawman". Using proper steps an individual separates himself from this fictional citizen by "Piercing the Corporate Veil". Practioners of the law, particulary adversaries of individuals who declare their right to acquire the interest of their Sovereign status will refer to this type of action as belief in the "Redemption Theory". It is very established throughout this complaint, this allegation is more than a theory and is indeed an implied-in fact contractual process, opposed to this would be a belief in that this implied in law contract is within Federal reach of the Government because every person born in territory of the United States has to be registered. This initializes the collateral-trust process therefore creating a legal fiction (strawman), because in reality every human born in America is considered to be free. Registering names of individuals who are born are appointed a Social Security number which establishes identities for such legal purposes. <u>United States vs Sioux Nation of Indians 1980</u> "The term 'Debt' include those debts or claims which rest upon a merely equitable or honorary obligation and which would not be recoverable in a court of law if existing against an individual. The Nation speaking broadly owes a "debt" to an individual, when his claim grows out of general principles or right and justice; when in other words it is based upon considerations of a moral or merely honorary nature, such as are binding on the conscience or the

honor of an individual, although the debt obtain no recognition in a court of law. The power of Congress extends atleast as far as the recognition and payment of claims against the government when are thus founded". Other decisions clearly establish that Congress may recognize its obligation to pay a moral debt not only by direct appropriation, but also by waiving an otherwise valid defense to a legal claim against the United States, as did in this case and in Cherokee Nation.  In the case of Pope vs. United States (1944) the court held that Congress recognition of Pope's claim was within its power to pay the Nations debts, and that the use of the Court of Claims as an instrument for exercising that power did not impermissibly invade the judicial function.

 The power of Congress to provide for the payment of debts, conferred by statue 8 of Article 1 of the Constitution is not restricted to payment of those obligation which are legally binding on the government It extends to the creation of such obligations in recognition of claims which are merely moral and honorary. United States vs. Realty Co., 163 U.S. 427

The Corporate Fiction entity name of MARCUS CHRISTOPHER DE LA TORRE is considered to be a property, a slave or better known as a Citizen of the United States and a Citizen of Arizona. Upon separation from the entity to free the Sovereign individual

from the Corporation, the Sovereign individual must free himself by "Piercing the Corporate Veil". Prior to being freed from status of Citizenship the Corporate Fiction Entity (CFE) was techically in-part the borrower in the Securitization contract and has right as a Debtor or a Debtee to complain about the contract implied, in-fact, this is like a security pre-organized certificate receipt. Much like a Will of the deceased, creditors are unaware of such contracts until "Put on Notice", parties of either sides conditional of this complaint have been officially "Put on Notice" Meinhart vs. CMG Mortgage, INC 2016

5th Amendment - The established rule is that the taking of property by the United States in the exertion of its powers of eminent domain implies a promise to pay just compensation, i.e. value at the time of the taking plus an amount sufficient to produce the full equivalent of that value paid comtemporaneously with the taking.

8-20-2018
DATE

_/s/ De L. T._
SIGNATURE